AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED

*June 22, 2021*

| United States of America | ) | Nathan Ochsner, Clerk of Court |
|---|---|---|
| v. | ) | |
| ALAN ABIEL ISLAS-OROZCO | ) | |
| Citizen of MEXICO | ) | Case No. 7:21mj1365-1 |
| YOB: 1997 | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____June 21, 2021_____ in the county of _____Starr_____ in the
____Southern____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. 111(a)(1) | whoever forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of Title 18 while engaged in or on account of the performance of official duties. |

This criminal complaint is based on these facts:

See Attachment A.

☑ Continued on the attached sheet.

Approved for filing by AUSA S. Greenbaum

Submitted by reliable electronic means, sworn to
and attested to telephonically per Fed. R. Cr. P.
4.1, and probable cause found on:

Date:    June 22, 2021 at 5:48 PM

City and state:          McAllen, Texas

/s/ Jesse D. Vasquez

*Complainant's signature*

Jesse D. Vasquez, Task Force Officer, FBI

*Printed name and title*

*Judge's signature*

J. Scott Hacker, United States Magistrate Judge

*Printed name and title*

**Attachment "A"**

**Affidavit**

I, Jesse D. Vasquez, being first duly sworn, state as follows:

1.   I, Jesse D. Vasquez, am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) in McAllen, Texas, and have been employed since May, 2012, at the Donna Police Department and have been assigned as a TFO since September 2018. I am currently assigned to the Rio Grande Valley C7 TOC West Squad in McAllen, Texas.

2. The information contained in this affidavit is based on my personal knowledge and on information provided to me by other agents of the FBI, law enforcement officers, and other sources of information.  This affidavit serves to provide the probable cause in support of a complaint against Alan Abiel Islas-Orozco (hereafter identified as subject) for violating Title 18, U.S.C., Section 111 (a)(1), Assaulting a Federal Officer.

3.   On June 21, 2021, at approximately 4:27 AM, in accordance with his official duties as a Border Patrol Agent (BPA), BPA E.D.L.R. received a drawbridge camera alert of multiple subjects in the brush in the vicinity of an area known as "Corpus Gate" in Rio Grande City, TX. As BPA E.D.L.R made his way to the location, a subject fled the immediate area.  E.D.L.R. deployed his service canine to assist in the search for the subject.

4. The service canine alerted and indicated to a location near the intersection of North East Street and East 3rd Street.  The subject was located hiding behind a garbage bin at the Sanchez Funeral Home 301 E. 2nd St, Rio Grande City, TX.

5. Upon contact with the subject, BPA E.D.L.R. identified himself as a Border Patrol agent and gave commands for the subject not to move.  The subject then rose from behind the garbage bin.  The subject picked up the garbage bin that he was using to conceal himself and pushed it against BPA E.D.L.R in a violent manner.  BPA E.D.L.R. picked up his hands to protect himself from being struck with the garbage bin.

6. The subject continued pushing the garbage bin against BPA E.D.L.R. in attempts to knock BPA E.D.L.R. to the ground.  BPA E.D.L.R. managed to regain his balance and push back against the subject.  The subject then released the garbage bin and began to throw several punches in combination.  BPA E.D.L.R. managed to deflect most of the punches but did feel several punches make contact on his arms.

7. As BPA E.D.L.R. released the garbage bin, the subject grabbed BPA E.D.L.R. and attempted to punch him again.  BPA E.D.L.R. felt that the subject posed an imminent threat to his safety and returned a single, closed hand strike at the subject, grazing him above his left eye.

8. The subject then tried to flee once more. BPA E.D.L.R. grabbed him to prevent him from leaving the area. Both then stumbled down to the ground. At this time, assisting agents arrived to assist BPA E.D.L.R. in gaining control of the subject who physically resisted the arrest. The subject was then handcuffed successfully. As the agents assisted the subject to his feet, he tried to back away but was unsuccessful.

9. BPA E.D.L.R. is a Border Patrol Agent, an officer and employee of the United States, namely a person designated in section 1114 of Title 18.

10. Subsequent to the apprehension of ISLAS-OROZCO, it was determined that ISLAS-OROZCO was a citizen of MEXICO, and was illegally present in the United States.

11. Based on the aforementioned factual information, your Affiant respectively submits that ISLAS-OROZCO committed violations of Title 18, United States Code, Section 111 (a)(1), Assaulting a Federal Officer.